## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| QUALITY NIGHT LIGHTS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERASIA ENTERPRISES, INC.,<br><br>　　　　Defendant. | Civil Action No. 2:13-cv-531<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Quality Night Lights, LLC hereby states that it has no parent corporation and no publicly held corporation owns more than 10% of its stock.

| | |
|---|---|
| Date: July 3, 2013 | Respectfully submitted, |
| | /s/Andrew W. Spangler<br>Andrew W. Spangler<br>State Bar No. 24041960<br>SPANGLER & FUSSELL P.C.<br>208 N. Green St., Ste. 300<br>Longview, Texas  75601<br>Telephone: 903/753-9300<br>Facsimile: 903/553-0403<br>spangler@sfipfirm.com |
| | James A. Fussell, III<br>State Bar No. 2003193 (AR)<br>SPANGLER & FUSSELL P.C.<br>211 N. Union Street, Ste. 100<br>Alexandria, Virginia 22314<br>Telephone: 903/753-9300<br>Facsimile: 903/553-0403<br>fussell@sfipfirm.com |
| | Tyler J. Woods<br>NEWPORT TRIAL GROUP<br>4100 Newport Place, Suite 800<br>Newport Beach, CA  92660<br>Tel:  949-706-6464<br>Fax:  949-706-6469<br>Email:  twoods@trialnewport.com |
| | **ATTORNEYS FOR PLAINTIFF**<br>**QUALITY NIGHT LIGHTS LLC** |