**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| QUALITY NIGHT LIGHTS, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>AMERASIA ENTERPRISES, INC.,<br><br>          Defendant. | Civil Action No. 2:13-cv-531<br><br>JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL

The plaintiff, Quality Night Lights, LLC, hereby notifies the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that it is dismissing all claims in this action, with prejudice, against defendant, Amerasia Enterprises, Inc., a party that has not yet served an answer or motion for summary judgment.

Dated:  October 22, 2013               Respectfully submitted,

                                       By:  /s/ Andrew W. Spangler
                                            Andrew W. Spangler
                                            State Bar No. 24941960
                                            spangler@spanglerlawpc.com
                                            Spangler Law P.C.
                                            208 N. Green St., Suite 300
                                            Longview, TX  75601
                                            Bus:  (903) 753-9300
                                            Fax:  (903) 553-0403

                                            ATTORNEY FOR QUALITY NIGHT
                                            LIGHTS, LLC

1

## CERTIFICATE OF SERVICE

       I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 22, 2013                                          /s/Andrew W. Spangler
                                                                       Andrew W. Spangler